UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20140-CR-ALTMAN

UNITED STATES OF AMERICA

v.

OKEZIE BONAVENTURE OGBATA,
    a/k/a "Bona,"

                    Defendant.
_____/

## FACTUAL PROFFER

1. Okezie Bonaventure Ogbata ("Ogbata") and his co-conspirators, Kelly Augustine Jr, Andy Onoh, Kingsley Chinedu Chukwu, Ehis Lawrence Akhimie, Pricewill Ekene Okoro, Tochukwu Albert Nnebocha, and others (collectively, "his co-conspirators"), operated an inheritance fraud scheme to defraud money from elderly and otherwise vulnerable Americans. Beginning in at least in May 2017 and continuing through at least his August 2024 arrest, OGBATA and his co-conspirators engaged in a scheme to defraud by mailing hundreds of thousands of letters to elderly or otherwise vulnerable Americans, among others. The letters falsely represented that the recipients were entitled to receive an inheritance from a long-deceased family member, or from a woman who was dying and wished to pass her inheritance to an heir. Throughout the course of the scheme, more than 400 victims in the United States were fraudulently convinced to send more than six million U.S. dollars in advance fees for, among other things, costs to deliver the inheritance funds, purported taxes, and various bogus certificates, before they could receive their alleged inheritances.

2. During the conspiracy, OGBATA resided in Ukraine, Nigeria, Portugal, and

(defendant's initials)

elsewhere, where he was a member of the inheritance fraud scheme.

3. As part of the conspiracy, OGBATA's co-conspirators obtained the names and contact information of potential victims in the United States, including victims located in the Southern District of Florida, from a list broker, who provided lists of potential victims' contact information. The lists included many elderly U.S. consumers who were older than 65 years old. OGBATA and his co-conspirators used these lists to create personalized inheritance solicitations to send to the potential victims in the United States as part of the conspiracy to defraud.

4. OGBATA and his co-conspirators used fictitious aliases, such as "Kristoffer Antonio," "Sofia Gomez" and "Elena Alves," to pose as a manager of a bank in Spain and, at times, an attorney representing a bank in Europe when sending the letters. In the letters, OGBATA and his co-conspirators falsely and fraudulently informed the recipients that they were entitled to receive a $26.7 million dollar inheritance left in a Spanish bank by an individual who died in a car accident overseas and shared the recipient's last name. At other times, the letters falsely claimed that the individual who shared the recipient's last name was a dying woman in a nursing home in the United Kingdom or Portugal. Using aliases, OGBATA and his co-conspirators falsely posed as employees of the bank holding the alleged inheritance money, or as attorneys for the dying woman, and purported to advise victims about how to apply for and obtain inheritance funds. The letters provided an email address, telephone, and facsimile number for the fictitious sender and encouraged victims to respond to obtain their alleged inheritances.

5. When victims responded to these letters, OGBATA and his co-conspirators communicated with the victims via email and telephone. In these communications, OGBATA and his co-conspirators, using aliases, directed victims to fill out an application with their personal information to obtain the inheritance, and falsely claimed that they would prepare documentation

(defendant's initials)

on behalf of the victims in order for the bank to release the inheritance to the victims. OGBATA and his co-conspirators then sent victims documents purporting to be the dying woman's last will and testament, or from government entities such as the Spanish Government's Ministry of Justice that claimed to be sworn statements and court orders certifying that the victims were the rightful heirs to a deceased individual and were entitled to inherit the decedent's money. In these communications, OGBATA and his co-conspirators used additional aliases, such as "Gerald Martinez," "Gerrard Martinez," and "Oscar Lozano," to pose as employees of the foreign remittance department of a Spanish bank.

6.  After victims sent their alleged application to receive their inheritance to the fictitious bank employees, OGBATA and his co-conspirators falsely and fraudulently informed victims via email and telephone that they needed to pay an initial fee for the cost of alleged delivery fees, usually totaling thousands of dollars. When victims paid this initial fee, OGBATA and his co-conspirators informed the victims via email, telephone, and international mail that they had to pay separate fees for taxes, anti-terrorist and money laundering certificates, and payments to avoid questioning from government authorities in order to receive their supposed inheritances. The advance fees escalated from a few thousand dollars to tens of thousands of dollars. In doing so, OGBATA and his co-conspirators induced many elderly victims to pay many thousands of dollars.

7.  Throughout the conspiracy, OGBATA and his co-conspirators instructed victims to send money to couriers in the United States via various methods, including check, cash, money order, and wire transfer. Often, the couriers had been previously victimized by OGBATA and his co-conspirators as part of the scheme but could no longer afford to make additional payments to obtain their alleged inheritances. OGBATA and his co-conspirators informed these victim-couriers that other individuals would send them payments to help offset the costs that they

3


(defendant's initials)

supposedly owed to receive their inheritances. OGBATA and his co-conspirators instructed these victim-couriers to deposit victims' checks and money orders, withdraw U.S. currency, tape U.S. currency into the pages of magazines, books, and other documents, and ship those items to OGBATA and his co-conspirators through various means, including directly to the co-conspirators.

8. As part of the conspiracy, OGBATA and his co-conspirators collected more than six million dollars from many elderly and vulnerable victims, among others, in the United States, but victims never received their alleged inheritance funds.

9. To fraudulently induce victims to make payments, OGBATA and his co-conspirators made, and caused others to make, materially false statements, including, among other things, the following:

<u>Materially False Statements</u>

   a. That victims were eligible to receive millions of dollars in inheritance funds from an individual sharing the victim's last name who died overseas in a car accident or from an individual sharing the victim's last name who was dying in a nursing home;

   b. That a Spanish court determined the victims were the rightful heirs to inherit millions of dollars, or that the dying woman had set the money aside as a bequest to the victims;

   c. That victims were communicating with a representative of a bank in Spain or an attorney in the United Kingdom;

   d. That victims were required to pay fees to receive their supposed inheritance checks; and

   e. That victims were required to pay taxes to receive supposed inheritances checks.


(defendant's initials)

10.     OGBATA agreed to participate, and continued to participate, in the above-described scheme, despite knowing that victims were being lied to and swindled out of thousands of dollars to receive an inheritance that did not exist. OGBATA knew that these false statements were material to victims' decisions to send money to him and his co-conspirators following the fraudulent solicitation letters and communications. Nonetheless, OGBATA continued to participate in the scheme with his co-conspirators, which caused losses of over six million dollars to victims across the country, many of whom were elderly or otherwise vulnerable.

11.     As part of the conspiracy, OGBATA and his co-conspirators caused mail matter to be sent by the United States Postal Service and by private and interstate commercial carriers to vulnerable victims in the Southern District of Florida and across the country. OGBATA and his co-conspirators also caused emails and phone calls to be sent from their locations in the United Kingdom, Ukraine, Portugal, Nigeria, and Spain to victims in the Southern District of Florida and across the United States.

12.     This Statement of Facts does not include all of the facts known to OGBATA concerning the criminal activity in which he and others engaged.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: 10-1-25                                      By: _____
                                                        OKEZIE BONAVENTURE OGBATA
                                                        DEFENDANT


(defendant's initials)